# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>Angel E. Rojas Valdez, et al.,<br><br>Defendants. | CASE NO. 8:22-cv-01842-TJH-KSx<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ANGEL E. ROJAS VALDEZ AND MARUJA ROJAS  [48] [JS-6] |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRATED SPORTS MEDIA and Defendants ANGEL E. ROJAS VALDEZ AND MARUJA ROJAS that the above-entitled action is hereby dismissed *with prejudice* against ANGEL E. ROJAS VALDEZ AND MARUJA ROJAS.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

*/s/ Terry J. Hatter, Jr.*

_____   Dated: APRIL 23, 2024
**The Honorable Terry J. Hatter, Jr.
United States District Court
Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 23, 2024, I caused to serve the following documents entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ANGEL E. ROJAS VALDEZ AND MARUJA ROJAS**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

Angel E. Rojas Valdez
Maruja Rojas
13008 Chapman Ave.
Garden Grove, CA 92840

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 23, 2024, at South Pasadena, California

Dated: April 23, 2024           /s/
                          **LETICIA ESTRADA**